# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| INC, GW CONCRETE | § | Case No. 10-71631 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
.   The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

Funds were disbursed in the following amounts:

Payments made under an interim
disbursement
Administrative expenses
Bank service fees
Other payments to creditors
Non-estate funds paid to 3rd Parties
Exemptions paid to the debtor
Other payments to the debtor

Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $           , for a total compensation of $          [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $         , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/BRADLEY J. WALLER_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 10-71631   MB   Judge: MANUEL BARBOSA | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | INC, GW CONCRETE | Date Filed (f) or Converted (c): | 03/31/10 (f) |
| | | 341(a) Meeting Date: | 05/14/10 |
| For Period Ending: | 08/24/12 | Claims Bar Date: | 11/29/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Sauk Valley Bank - checking | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Accounts Receivable | 21,904.52 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. 2009 940 Tax overpayment | 310.99 | 77.54 | | 77.54 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Gerald W Sharp, II - loans to stockholder @ $52, | 0.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. 1993 Chevrolet K3500 ($5,500), 1993 Chevrolet K1 | 67,600.00 | 10,600.00 | | 10,600.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. Misc office equipment | 250.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. 315 Caterpillar excavator ($45,000), 416C Catepi | 87,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Misc hardware | 2,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.64 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $184,065.51 | $10,677.54 | | $10,678.18 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/11        Current Projected Date of Final Report (TFR): 06/30/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| | |
|---|---|
| Case No: | 10-71631 -MB |
| Case Name: | INC, GW CONCRETE |
| | |
| Taxpayer ID No: | *******9603 |
| For Period Ending: | 08/24/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******9565  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/27/10 | | Action Auctioneering 1339 S. Meridian Road Rockford, IL  61102 | per court order of August 9, 2010 DEPOSIT CHECK #12307 | | 10,600.00 | | 10,600.00 |
| | 5 | | Memo Amount:      1,500.00 1993 Chevrolet K3500 | 1129-000 | | | |
| | 5 | | Memo Amount:      3,700.00 2002 Chevrolet K-2500 | 1129-000 | | | |
| | 5 | | Memo Amount:      1,750.00 1993 GMC Sierra | 1129-000 | | | |
| | 5 | | Memo Amount:        800.00 2006 Homemade Trailer Form | 1129-000 | | | |
| | 5 | | Memo Amount:        950.00 2006 Jamar Trailer | 1129-000 | | | |
| | 5 | | Memo Amount:      1,900.00 2000 B-B Trailer | 1129-000 | | | |
| 09/10/10 | 001001 | Action Auctioneering 1339 S. Meridian Road Rockford, IL  61102 | per court order of 09/08/10 | 3620-000 | | 3,465.06 | 7,134.94 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 7,134.98 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,135.04 |
| 11/09/10 | 3 | UNITED STATES TREASURY | Tax Refund DEPOSIT CHECK #2310 44636 | 1129-000 | 77.54 | | 7,212.58 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,212.63 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,212.69 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,212.75 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,212.80 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,212.86 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,212.91 |
| | | | Page Subtotals | | 10,677.97 | 3,465.06 | |

Page:  2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-71631 -MB | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | INC, GW CONCRETE | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******9565  Money Market Account |
| Taxpayer ID No: | *******9603 | | |
| For Period Ending: | 08/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,212.97 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,213.02 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 7,213.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 13.83 | 7,199.25 |
| 08/24/11 | INT | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.04 | | 7,199.29 |
| 08/24/11 | | To Acct #*******9566 | | 9999-000 | | 7,199.29 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 10,600.00 | COLUMN TOTALS | | 10,678.18 | 10,678.18 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 7,199.29 | |
| | | Subtotal | | 10,678.18 | 3,478.89 | |
| Memo Allocation Net: | 10,600.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 10,678.18 | 3,478.89 | |

Page Subtotals                  0.21          7,213.12

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

Ver: 16.06d

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

Case No:        10-71631  -MB
Case Name:      INC, GW CONCRETE

Taxpayer ID No:  *******9603
For Period Ending: 08/24/12

Trustee Name:   BRADLEY J. WALLER
Bank Name:      The Bank of New York Mellon
Account Number / CD #:   *******9566  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/11 | | From Acct #*******9565 | | 9999-000 | 7,199.29 | | 7,199.29 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,174.29 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,149.29 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,124.29 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,099.29 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,074.29 |
| 01/26/12 | | Transfer to Acct #*******3291 | Bank Funds Transfer | 9999-000 | | 7,074.29 | 0.00 |

Memo Allocation Receipts:        0.00
Memo Allocation Disbursements:   0.00

Memo Allocation Net:             0.00

COLUMN TOTALS                              7,199.29    7,199.29    0.00
Less:  Bank Transfers/CD's                 7,199.29    7,074.29
Subtotal                                       0.00      125.00
Less:  Payments to Debtors                                 0.00
Net                                            0.00      125.00

Page Subtotals        7,199.29    7,199.29

LFORM24    **UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*        Ver: 16.06d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit B

| Case No: | 10-71631  -MB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | INC, GW CONCRETE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3291  Checking Account |
| Taxpayer ID No: | *******9603 | | | |
| For Period Ending: | 08/24/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******9566 | Bank Funds Transfer | 9999-000 | 7,074.29 | | 7,074.29 |
| 07/26/12 | | United States Treasury | | 1224-000 | 106.34 | | 7,180.63 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 7,180.63 | 0.00 | 7,180.63 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 7,074.29 | 0.00 | |
| | | Subtotal | | 106.34 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 106.34 | 0.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 10,600.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Money Market Account - *******9565 | 10,678.18 | 3,478.89 | 0.00 |
| | | Checking Account - *******9566 | 0.00 | 125.00 | 0.00 |
| Total Memo Allocation Net: | 10,600.00 | Checking Account - *******3291 | 106.34 | 0.00 | 7,180.63 |
| | | | ------------------------ | ------------------------ | ------------------------ |
| | | | 10,784.52 | 3,603.89 | 7,180.63 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

\*
ANALYSIS OF CLAIMS REGISTER

Date: August 24, 2012

Case Number:  10-71631
Debtor Name:  INC, GW CONCRETE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 2200-00 | BRADLEY J. WALLER KLEIN STODDARD BUCK WALLER 2045 ABERDEEN COURT SYCAMORE, IL  60178 | Administrative | | $119.90 | $0.00 | $119.90 |
| 200 2100-00 | BRADLEY J. WALLER KLEIN STODDARD BUCK WALLER 2045 ABERDEEN COURT SYCAMORE, IL  60178 | Administrative | | $1,828.45 | $0.00 | $1,828.45 |
| 001 3420-00 | LEE G. SCHWENDNER, CPA DiGiovine, Hnilo, Jordan & Joh 2570 Foxfield Road, Suite 301 St. Charles, IL  60174 | Administrative | | $1,027.50 | $0.00 | $1,027.50 |
| 1U 610 7100-00 | Caterpillar Financial Services Corp Howard & Howard Atty PLLC Attn: Daniel R 200 S Michigan Ave Suite 1100 Chicago, IL  60604 | Unsecured | | $11,143.24 | $0.00 | $11,143.24 |
| 2 610 7100-00 | Albrecht Well Drilling, Inc. 19594 2600 North Avenue Ohio, IL  61349 | Unsecured | | $1,155.53 | $0.00 | $1,155.53 |
| 3 610 7100-00 | State Farm Bank c o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Unsecured | | $5,019.53 | $0.00 | $5,019.53 |
| 4 610 7100-00 | Renner Quarries, Ltd. 1700 S. Galena Avenue Suite 116 Dixon, IL  61021 | Unsecured | | $2,531.77 | $0.00 | $2,531.77 |
| 5 610 7100-00 | Citizens First State Bank c/o Hasselberg, Rock, Bell & Kuppler LLP Suite 200 Associaated Bank Building,4600 Peoia, IL  61614 | Unsecured | | $74,296.37 | $0.00 | $74,296.37 |
| 1S 100 4210-00 | Caterpillar Financial Services Corp Howard & Howard Atty PLLC Attn: Daniel R 200 S Michigan Ave Suite 1100 Chicago, IL  60604 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $97,122.29 | $0.00 | $97,122.29 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-71631
Case Name: INC, GW CONCRETE
Trustee Name: BRADLEY J. WALLER

Balance on hand                                   $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 1U | Caterpillar Financial Services Corp | $ | $ | $ |
| 2 | Albrecht Well Drilling, Inc. | $ | $ | $ |
| 3 | State Farm Bank | $ | $ | $ |
| 4 | Renner Quarries, Ltd. | $ | $ | $ |
| 5 | Citizens First State Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE