UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
INC, GW CONCRETE § Case No. 10-71631
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the US Bankruptcy Court
Stanley J. Roszkowski US Courthouse
327 South Church Street, Room 1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/26/2012 in Courtroom 3100,
Stanley J. Roszkowski US Courthouse
327 S. Church Street
Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/24/2012          By: /s/ Bradley J. Waller
                                              Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
INC, GW CONCRETE                    §      Case No. 10-71631
                                    §
        Debtor(s)                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,784.52 |
| and approved disbursements of | $ | 3,603.89 |
| leaving a balance on hand of[1] | $ | 7,180.63 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRADLEY J. WALLER | $ 1,828.45 | $ 0.00 | $ 1,828.45 |
| Trustee Expenses: BRADLEY J. WALLER | $ 119.90 | $ 0.00 | $ 119.90 |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ 1,027.50 | $ 0.00 | $ 1,027.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,975.85 |
| Remaining Balance | $ 4,204.78 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,146.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Caterpillar Financial Services Corp | $ 11,143.24 | $ 0.00 | $ 497.68 |
| 2 | Albrecht Well Drilling, Inc. | $ 1,155.53 | $ 0.00 | $ 51.61 |
| 3 | State Farm Bank | $ 5,019.53 | $ 0.00 | $ 224.18 |
| 4 | Renner Quarries, Ltd. | $ 2,531.77 | $ 0.00 | $ 113.07 |
| 5 | Citizens First State Bank | $ 74,296.37 | $ 0.00 | $ 3,318.24 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,204.78 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-NFR (5/1/2011) (Page: 3)

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                     Case No. 10-71631-MB
GW Sharp Concrete, Inc                                     Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: lorsmith              Page 1 of 2              Date Rcvd: Aug 31, 2012
                              Form ID: pdf006             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2012.
db         +GW Sharp Concrete, Inc,    PO Box 66,    Rock Falls, IL 61071-0066
15351536   +AT&T,   Bankruptcy Department,    6021 S. Rio Grande Avenue,    Orlando, FL 32809-4613
15351533   +Albrecht Well Drilling, Inc.,    19594 2600 North Avenue,    Ohio, IL 61349-9223
15351534   +Alliance Materials, Inc.,    PO Box 541,   Dixon, IL 61021-0541
15351535   +Altorfer, Inc.,   2600 6th Street SW,    PO Box 1347,   Cedar Rapids, IA 52406-1347
15351537   +Burkholder & Son, Inc.,    722 N. Broad,   Lanark, IL 61046-9644
15351538    Catepillar Financial Services Corp,    PO Box 730669,   Dallas, TX 75373-0669
15351539   +Caterpillar Financial Services Corp,    Howard & Howard Atty PLLC Attn: Daniel R,
             200 S Michigan Ave Suite 1100,    Chicago, IL 60604-2461
15351540   +Citizens First State Bank,    c/o Hasselberg, Rock, Bell & Kuppler LLP,
             Suite 200 Associaated Bank Building,    4600  North Brandywine Drive,    Peoia, IL 61614-5591
15351541    City of Rock Falls,   Customer Service Center,    603 W. 10th Street,   Rock Falls, IL 61071-2854
15351543   +Frary Lumber,   2707 W. 4th Street,    Sterling, IL 61081-8904
15351544   +Gerald W Sharp, II,   27748 Fargo Rd,    Tampico, IL 61283-9513
15351545   +Gerald William Sharp III,    27748 Fargo Road,   Tampico, IL 61283-9513
15351546   +Gierke-Robinson Co.,    3929 W. River Drive,   PO Box 3067,    Davenport, IA 52808-3067
15351548    HSBC Card Services/Menards,    PO Box 4160,   Carol Stream, IL 60197-4160
15351547   +Hahnaman Township,   c/o Doug Wetzell,    28339 Hurd Road,    Deer Grove, IL 61243-9722
15351549   +JP Ag Service, Inc. Petroleum,    24009 Lincoln Road,   Sterling, IL 61081-9176
15351550   +Kelley Williamson Company,    1132 Harrison Avenue,   Rockford, IL 61104-7290
15351551   +Lindgren, Callihan, VanOsdol, Ltd.,    403 E. 3rd Street,   Sterling, IL 61081-3701
15351553    Mobil,   Fleet Services,   PO Box 5727,   Carol Stream, IL 60197-5727
15351554   +New Millenium Directories, Inc.,    319  First Avenue,   Sterling, IL 61081-3601
15351556   +Plainwell Brass,   101 E. Second St.,    Sterling, IL 61081-3904
15351557   +Quality Ready Mix Concrete Co., Inc,    14849 Lyndon Road,    Morrison, IL 61270-9549
15351558   +Ralph Mills Excavating, Inc.,    86 S. Lincoln Avenue,   Dixon, IL 61021-2744
15351559   +Renner Quarries, Ltd.,    1700 S. Galena Avenue,   Suite 116,   Dixon, IL 61021-9695
15351560   +State Farm Bank,   PO Box 3001,    Malvern, PA 19355-0701
16179638    State Farm Bank,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15351542   +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Sep 01 2012 00:25:49      Comcast,
             4450 Kishwaukee Street,   Rockford, IL 61109-2944
15351552   +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2012 02:37:52      Menards,   4777 Menard Drive,
             Eau Claire, WI 54703-9604
15351555    E-mail/Text: bankrup@nicor.com Sep 01 2012 00:21:26     Nicor Gas,   PO Box 0632,
             Aurora, IL 60507-0632
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 02, 2012**                       **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith              Page 2 of 2               Date Rcvd: Aug 31, 2012
                              Form ID: pdf006             Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2012 at the address(es) listed below:

        Bernard J Natale    on behalf of Debtor   GW Sharp Concrete, Inc natalelaw@bjnatalelaw.com
        Bradley J Waller    bjwtrustee@ksbwl.com,   bwaller@ecf.epiqsystems.com
        Daniel  Rubin    on behalf of Creditor   Caterpillar Financial Services Corporation drubin@howardandhoward.com
        Danny L. Schroeder    on behalf of Creditor   Citizens First State Bank of Walnut, Illinois dschroeder@hrbklaw.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov

        TOTAL: 5