UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                              §
                                                    §
INC, GW CONCRETE                                    §         Case No. 10-71631
                                                    §
                    Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRADLEY J. WALLER_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | CATERPILLAR FINANCIAL SERVICES CORP | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| LEE G. SCHWENDNER, CPA | | | | | |
| Action Auctioneering | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | ALBRECHT WELL DRILLING, INC. | | | | | |
| 1U | CATERPILLAR FINANCIAL SERVICES CORP | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | CITIZENS FIRST STATE BANK | | | | | |
| 4 | RENNER QUARRIES, LTD. | | | | | |
| 3 | STATE FARM BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-71631 | MB | Judge: MANUEL BARBOSA | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|---|
| Case Name: | INC, GW CONCRETE | | | | Date Filed (f) or Converted (c): | 03/31/10 (f) |
| | | | | | 341(a) Meeting Date: | 05/14/10 |
| For Period Ending: | 11/16/12 | | | | Claims Bar Date: | 11/29/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Sauk Valley Bank - checking<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 2. Accounts Receivable<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 21,904.52 | 0.00 | | 0.00 | FA |
| 3. 2009 940 Tax overpayment<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 310.99 | 77.54 | | 77.54 | FA |
| 4. Gerald W Sharp, II - loans to stockholder @ $52,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5. 1993 Chevrolet K3500 ($5,500), 1993 Chevrolet K1<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 67,600.00 | 10,600.00 | | 10,600.00 | FA |
| 6. Misc office equipment<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 7. 315 Caterpillar excavator ($45,000), 416C Catepi<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 87,000.00 | 0.00 | | 0.00 | FA |
| 8. Misc hardware<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.64 | FA |

LFORM1

Ver: 17.00b

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 10-71631 | MB | Judge: MANUEL BARBOSA | | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | INC, GW CONCRETE | | | | Date Filed (f) or Converted (c): | 03/31/10 (f) |
| | | | | | 341(a) Meeting Date: | 05/14/10 |
| | | | | | Claims Bar Date: | 11/29/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $184,065.51 | $10,677.54 | | $10,678.18 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/11     Current Projected Date of Final Report (TFR): 06/30/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-71631 -MB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | INC, GW CONCRETE | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******9565 Money Market Account |
| Taxpayer ID No: | *******9603 | | |
| For Period Ending: | 11/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/27/10 | | Action Auctioneering<br>1339 S. Meridian Road<br>Rockford, IL 61102 | per court order of August 9, 2010<br>DEPOSIT CHECK #12307 | | 10,600.00 | | 10,600.00 |
| | 5 | | Memo Amount: 1,500.00<br>1993 Chevrolet K3500 | 1129-000 | | | |
| | 5 | | Memo Amount: 3,700.00<br>2002 Chevrolet K-2500 | 1129-000 | | | |
| | 5 | | Memo Amount: 1,750.00<br>1993 GMC Sierra | 1129-000 | | | |
| | 5 | | Memo Amount: 800.00<br>2006 Homemade Trailer Form | 1129-000 | | | |
| | 5 | | Memo Amount: 950.00<br>2006 Jamar Trailer | 1129-000 | | | |
| | 5 | | Memo Amount: 1,900.00<br>2000 B-B Trailer | 1129-000 | | | |
| 09/10/10 | 001001 | Action Auctioneering<br>1339 S. Meridian Road<br>Rockford, IL 61102 | per court order of 09/08/10 | 3620-000 | | 3,465.06 | 7,134.94 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,134.98 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,135.04 |
| 11/09/10 | 3 | UNITED STATES TREASURY | Tax Refund<br>DEPOSIT CHECK #2310 44636 | 1129-000 | 77.54 | | 7,212.58 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,212.63 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,212.69 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,212.75 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,212.80 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,212.86 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,212.91 |

Page Subtotals 10,677.97 3,465.06

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2  
Page: 2  
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**  
Exhibit 9

| | |
|---|---|
| Case No: | 10-71631 -MB |
| Case Name: | INC, GW CONCRETE |
| Taxpayer ID No: | *******9603 |
| For Period Ending: | 11/16/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******9565 Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,212.97 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,213.02 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,213.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 13.83 | 7,199.25 |
| 08/24/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 7,199.29 |
| 08/24/11 | | To Acct #*******9566 | | 9999-000 | | 7,199.29 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 10,600.00 | COLUMN TOTALS | 10,678.18 | 10,678.18 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 7,199.29 | |
| | | Subtotal | 10,678.18 | 3,478.89 | |
| Memo Allocation Net: | 10,600.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 10,678.18 | 3,478.89 | |

Page Subtotals  0.21  7,213.12

Ver: 17.00b

LFORM24  
UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-71631 -MB | |
| Case Name: | INC, GW CONCRETE | |
| Taxpayer ID No: | *******9603 | |
| For Period Ending: | 11/16/12 | |

| | | |
|---|---|---|
| Trustee Name: | BRADLEY J. WALLER | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******9566 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/11 | | From Acct #*******9565 | | 9999-000 | 7,199.29 | | 7,199.29 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,174.29 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,149.29 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,124.29 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,099.29 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,074.29 |
| 01/26/12 | | Transfer to Acct #*******3291 | Bank Funds Transfer | 9999-000 | | 7,074.29 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 7,199.29 | 7,199.29 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 7,199.29 | 7,074.29 | |
| | | Subtotal | 0.00 | 125.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 125.00 | |

Page Subtotals 7,199.29 7,199.29

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-71631 -MB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | INC, GW CONCRETE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3291  Checking Account |
| Taxpayer ID No: | *******9603 | | | |
| For Period Ending: | 11/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******9566 | Bank Funds Transfer | 9999-000 | 7,074.29 | | 7,074.29 |
| 07/26/12 | | United States Treasury | | 1224-000 | 106.34 | | 7,180.63 |
| 09/26/12 | 001001 | LEE G. SCHWENDNER, CPA | Accountant for Trustee Expenses (Ot | 3410-000 | | 1,027.50 | 6,153.13 |
| | | DiGiovine, Hnilo, Jordan & Joh | | | | | |
| | | 2570 Foxfield Road, Suite 301 | | | | | |
| | | St. Charles, IL  60174 | | | | | |
| 09/26/12 | 001002 | BRADLEY J. WALLER | Trustee Expenses | 2200-000 | | 119.90 | 6,033.23 |
| | | KLEIN STODDARD BUCK WALLER | | | | | |
| | | 2045 ABERDEEN COURT | | | | | |
| | | SYCAMORE, IL  60178 | | | | | |
| 09/26/12 | 001003 | BRADLEY J. WALLER | Trustee Compensation | 2100-000 | | 1,828.45 | 4,204.78 |
| | | KLEIN STODDARD BUCK WALLER | | | | | |
| | | 2045 ABERDEEN COURT | | | | | |
| | | SYCAMORE, IL  60178 | | | | | |
| 09/26/12 | 001004 | Caterpillar Financial Services Corp | Claim 1U, Payment 4.46621% | 7100-000 | | 497.68 | 3,707.10 |
| | | Howard & Howard Atty PLLC Attn: Daniel R | | | | | |
| | | 200 S Michigan Ave Suite 1100 | | | | | |
| | | Chicago, IL  60604 | | | | | |
| 09/26/12 | 001005 | Albrecht Well Drilling, Inc. | Claim 2, Payment 4.46635% | 7100-000 | | 51.61 | 3,655.49 |
| | | 19594 2600 North Avenue | | | | | |
| | | Ohio, IL  61349 | | | | | |
| 09/26/12 | 001006 | State Farm Bank | Claim 3, Payment 4.46616% | 7100-000 | | 224.18 | 3,431.31 |
| | | c o Becket and Lee LLP | | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA  19355-0701 | | | | | |
| 09/26/12 | 001007 | Renner Quarries, Ltd. | Claim 4, Payment 4.46605% | 7100-000 | | 113.07 | 3,318.24 |
| | | 1700 S. Galena Avenue | | | | | |
| | | Suite 116 | | | | | |
| | | Dixon, IL  61021 | | | | | |
| | | | Page Subtotals | | 7,180.63 | 3,862.39 | |

Ver: 17.00b

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-71631 -MB | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- |
| Case Name: | INC, GW CONCRETE | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3291 Checking Account |
| Taxpayer ID No: | *******9603 | | |
| For Period Ending: | 11/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/26/12 | 001008 | Citizens First State Bank c/o Hasselberg, Rock, Bell & Kuppler LLP Suite 200 Associaated Bank Building,4600 Peoia, IL 61614 | Claim 5, Payment 4.46622% | 7100-000 | | 3,318.24 | 0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 7,180.63 | 7,180.63 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 7,074.29 | 0.00 | |
| | | Subtotal | 106.34 | 7,180.63 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 106.34 | 7,180.63 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 10,600.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Money Market Account - ********9565 | 10,678.18 | 3,478.89 | 0.00 |
| | | Checking Account - ********9566 | 0.00 | 125.00 | 0.00 |
| Total Memo Allocation Net: | 10,600.00 | Checking Account - ********3291 | 106.34 | 7,180.63 | 0.00 |
| | | | 10,784.52 | 10,784.52 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 3,318.24

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*